**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ARTEMIO OBIACORO,**<br><br>  **Plaintiff,**<br><br>  vs.<br><br>**THE OFFICE DEPOT INC.,**<br><br>  **Defendant(s).** | Case No.: 12-CV-03039 YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of the confirmation that the parties have participated in mediation, the Case Management Conference set for April 8, 2013 is hereby **VACATED**. Unless requested by the parties, the Court will not schedule a further Case Management Conference. In the event that a Case Management Conference is required in the future, the parties should contact the Courtroom Deputy, Frances Stone, at 510-637-3540, and request to be placed on calendar. A joint statement regarding the status of the case and issues to be addressed at the Case Management Conference must be filed no later than 7 days before any further Case Management Conference.

**IT IS SO ORDERED.**

Date: April 5, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**