MICHAEL E. BREWER, Bar No. 177912
mbrewer@littler.com
ALEXA L. WOERNER, Bar No. 267609
awoerner@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone:   925.932.2468
Facsimile:   925.946.9809

Attorneys for Defendant
OFFICE DEPOT, INC.

SHAUN SETAREH, Bar No. 204514
shaun@setarehlaw.com
HAYLEY SCHWARTZKOPF, Bar No. 265131
Hayley@setarehlaw.com
LAW OFFICES OF SHAUN SETAREH
9454 Wilshire Boulevard, Suite 711
Beverly Hills, CA 90212
Telephone:   310.888-7771
Facsimile:   310.888-0109

Attorneys for Plaintiff
ARTEMIO OBIACORO
(Additional Counsel for Plaintiff on Following Page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTEMIO OBIACORO, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>OFFICE DEPOT, INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>  Defendant. | Case No.  3:12-CV-03039-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: August 27, 2013<br>Time: 2:00 p.m.<br>Judge: Judge William H. Orrick<br>Courtroom: 2, 17th Floor |

(NO. 3:12-CV-03039-WHO)  STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

**ADDITIONAL COUNSEL FOR PLAINTIFF**

DAVID SPIVAK, Bar No. 17968
david@spivaklaw.com
THE SPIVAK LAW FIRM
9454 Wilshire Blvd., Suite 303
Beverly Hills, CA 90212
Telephone:    310.499.4730
Facsimile:    310.499.4739


LOUIS BENOWITZ, Bar No. 262300
Louis@benowitzlaw.com
LAW OFFICES OF LOUIS BENOWITZ
9454 Wilshire Boulevard, Penthouse
Beverly Hills, CA 90212
Telephone:    310.844.5141
Facsimile:    310.492.4056

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(NO. 3:12-CV-03039-WHO)    2.    STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE

WHEREAS, on July 22, 2013 the Court set a Case Management Conference for August 27, 2013.

WHEREAS, the Parties are unavailable to attend a Case Management Conference on August 27, 2013, because the Parties have scheduled a mediation that same day with mediator Michael Loeb, Esq. in an attempt to resolve this case.

THEREFORE, the Parties, by and through their attorneys, hereby jointly stipulate and request that the Case Management Conference be continued to September 24, 2013 or such later date as the Court might set.

**IT IS SO STIPULATED.**

Dated: August 21, 2013

/S/ Alexa L. Woerner
Michael E. Brewer
Alexa L. Woerner
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Defendant
OFFICE DEPOT, INC.

Dated: August 21, 2013

/S/Hayley Schwartzkopf
Shaun Setareh
Hayley Schwartzkopf
LAW OFFICES OF SHAUN SETAREH
Attorneys for Plaintiff
ARTEMIO OBIACORO

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 21, 2013

/S/ Alexa L. Woerner
MICHAEL E. BREWER
ALEXA L. WOERNER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
OFFICE DEPOT, INC.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 3:12-CV-03039-WHO)    3.    STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE

# **ORDER**

Pursuant to Stipulation, and for good cause appearing, the Case Management Conference set for August 27, 2013 is hereby vacated, and is re-set for September 24, 2013, at 2:00 p.m., in Courtroom 2. The Joint Case Management Conference Statement is due September 17, 2013.

**IT IS SO ORDERED.**

Dated:  August 22, 2013

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

Firmwide:122106064.1 063095.1046

(NO. 3:12-CV-03039-WHO)   4.   STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468